THE SUCCESSION OF
MARIAN ETHEL PETRY

NO. 24-C-459

FIFTH CIRCUIT

COURT OF APPEAL

STATE OF LOUISIANA

FIFTH CIRCUIT COURT OF APPEAL
A TRUE COPY OF DOCUMENTS AS
SAME APPEARS IN OUR RECORDS

Linda Wiseman
First Deputy, Clerk of Court

October 02, 2024

Linda Wiseman
First Deputy Clerk

**IN RE** EDWARD D. SIREN, III, IN HIS CAPACITY AS INDEPENDENT EXECUTOR OF THE ESTATE OF EDWARD D. SIREN, JR.

**APPLYING FOR** SUPERVISORY WRIT FROM THE TWENTY-FOURTH JUDICIAL DISTRICT COURT, PARISH OF JEFFERSON, STATE OF LOUISIANA, DIRECTED TO THE HONORABLE STEPHEN C. GREFER, DIVISION "J", NUMBER 823-478

Panel composed of Judges Susan M. Chehardy,
Jude G. Gravois, and Timothy S. Marcel

**WRIT DENIED**

In this case arising from a disputed testamentary legacy, relators, the intestate heirs, seek supervisory review of a judgment of the trial court limiting the scope of discovery. In our previous disposition in this case, we vacated the trial court's ruling and remanded the matter "so all parties have an opportunity to present evidence to support their understanding of Mrs. Petry's intent in making her bequest." *Succession of Petry*, 23-474 (La. App. 5 Cir. 4/24/24), 386 So.3d 714, 721. The trial court has broad discretion in regulating pretrial discovery. *Bell v. Treasure Chest Casino, L.L.C.*, 06-1538 (La. 2/22/07), 950 So.2d 654, 656. Upon review of the writ application, we find no abuse of discretion in the trial court's ruling: it specifically allows for discovery related to Mrs. Petry's testamentary intent as per our previous ruling. Accordingly, this writ is denied.

Gretna, Louisiana, this 2nd day of October, 2024.

**TSM**
**SMC**
**JGG**

24-C-459

1

SUSAN M. CHEHARDY
CHIEF JUDGE

FREDERICKA H. WICKER
JUDE G. GRAVOIS
MARC E. JOHNSON
STEPHEN J. WINDHORST
JOHN J. MOLAISON, JR.
SCOTT U. SCHLEGEL
TIMOTHY S. MARCEL

JUDGES

CURTIS B. PURSELL
CLERK OF COURT

SUSAN S. BUCHHOLZ
CHIEF DEPUTY CLERK

LINDA M. WISEMAN
FIRST DEPUTY CLERK

MELISSA C. LEDET
DIRECTOR OF CENTRAL STAFF

(504) 376-1400
(504) 376-1498 FAX



FIFTH CIRCUIT

101 DERBIGNY STREET (70053)

POST OFFICE BOX 489

GRETNA, LOUISIANA 70054

www.fifthcircuit.org

## NOTICE OF DISPOSITION CERTIFICATE OF DELIVERY

I CERTIFY THAT A COPY OF THE DISPOSITION IN THE FOREGOING MATTER HAS BEEN TRANSMITTED IN ACCORDANCE WITH **UNIFORM RULES - COURT OF APPEAL, RULE 4-6** THIS DAY **10/02/2024** TO THE TRIAL JUDGE, THE TRIAL COURT CLERK OF COURT, AND AT LEAST ONE OF THE COUNSEL OF RECORD FOR EACH PARTY, AND TO EACH PARTY NOT REPRESENTED BY COUNSEL, AS LISTED BELOW:

**24-C-459**

**CURTIS B. PURSELL**
CLERK OF COURT

### E-NOTIFIED

24th Judicial District Court (Clerk)
Honorable Stephen C. Grefer (DISTRICT JUDGE)

Trevor C. Davies (Respondent)               Alexandre E. Bonin (Relator)
Peter J. Rotolo, III (Respondent)           Tyler J. Arbour (Respondent)
Loren C. Marino (Respondent)                Jean-Marc Bonin (Relator)
R. Christian Bonin (Relator)
Ian P. Gunn (Respondent)

### MAILED

A. Elyce Ieyoub (Respondent)        Todd R. Gennardo (Respondent)       Robert E. Tarcza (Respondent)
Attorney at Law                     Attorney at Law                     Attorney at Law
1100 Poydras Street                 201 St. Charles Avenue              330 Carondelet Street
Suite 2300                          Suite 3920                          Suite 300
New Orleans, LA 70163               New Orleans, LA 70170               New Orleans, LA 70130

Darlene Santana  (Respondent)       Paul A. Bonin (Relator)             Anne E. Raymond (Respondent)
In Proper Person                    Attorney at Law                     Attorney at Law
3929 Jefferson Highway              4224 Canal Street                   601 Poydras Street
Jefferson, LA 70121                 New Orleans, LA 70119              Suite 2775
                                                                        New Orleans, LA 70130